IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTION BOYD,

    Plaintiff,

v.                      Civil Action No. 3:12CV411

SHANTE BECK,

    Defendant.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ordered that:

1. The Report and Recommendation is accepted and adopted;

2. Boyd's claim and the action are dismissed; and,

3. The Clerk is directed to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Boyd desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send the Memorandum Opinion and Order to Boyd.

And it is so ORDERED.

                                        /s/   *REP*
                                    Robert E. Payne

Richmond, Virginia          Senior United States District Judge
Date: April 10, 2014